IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**CHARISA WHITE,**   10-CV-1176-BR

      Plaintiff,

                                **JUDGMENT**

v.

**MICHAEL J. ASTRUE,
Commissioner of Social
Security,**

      Defendant.

    Based on the Court's Opinion and Order (#19) issued January 20, 2012, **IT IS ADJUDGED** this matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the immediate calculation and award of benefits.

    DATED this 20th day of January, 2012.

                                          /s/ Anna J. Brown

                                          ANNA J. BROWN
                                          United States District Judge

1 - JUDGMENT