IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


**CHARISA WHITE,**                                      10-CV-1176-BR

      **Plaintiff,**

                                                **JUDGMENT**

**v.**

**MICHAEL J. ASTRUE,**
**Commissioner of Social**
**Security,**

      **Defendant.**


    Based on the Court's Opinion and Order (#19) issued January 20, 2012, **IT IS ADJUDGED** this matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the immediate calculation and award of benefits.

    DATED this 20th day of January, 2012.

                                                  /s/ Anna J. Brown

                                                  ANNA J. BROWN
                                                  United States District Judge